**FAEGRE DRINKER BIDDLE & REATH LLP**
WHITNEY A. THOMPSON (SBN 336655)
*whitney.thompson@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  +1 310 203 4000
Facsimile:  +1 310 229 1285

Attorneys for Defendant
EMERGY INC. d/b/a MEATI FOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SERENA CALDEIRA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EMERGY INC. doing business as MEATI FOODS, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:24-cv-01775-JDP<br><br>Hon. Jeremy D. Peterson<br>Courtroom 9<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:       June 24, 2024<br>Current Response Date: Aug. 27, 2024<br>New Response Date:     Sep. 26, 2024 |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

SECOND STIPULATION TO EXTEND
TIME TO RESPOND TO COMPLAINT

CASE NO. 2:24-CV-01775-JDP

1 **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Local Rules 143-144, by and between Plaintiff Serena Caldeira ("Plaintiff") and Defendant Emergy Inc. d/b/a Meati Foods ("Defendant") (collectively the "Parties"), to extend Defendant's deadline to respond to Plaintiff's Complaint, as follows:

WHEREAS, Plaintiff filed the instant Complaint on June 24, 2024;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on July 9, 2024 and Defendant's deadline to respond was July 30, 2024;

WHEREAS, on July 29, 2024, the parties stipulated to extend the time for Defendant to respond to the Complaint by 28 days to August 27, 2024 (Dkt. No. 7);

WHEREAS, to allow Defendant to further investigate Plaintiff's claims and for the Parties to explore early resolution, Defendant requests additional time to respond to Plaintiff's Complaint;

WHEREAS, counsel for the Parties have met and conferred and agreed to extend Defendant's deadline to respond to Plaintiff's Complaint by 30 days from August 27, 2024 to September 26, 2024;

WHEREAS, this request is made in good faith and not for the purposes of delay, but for judicial and party efficiency;

WHEREAS, the requested extension will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, this is the second request for extension.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**THEREFORE, IT IS HEREBY STIPULATED**, pending the approval of this Court, that Defendant has an extension of time to respond to the Complaint to and including September 26, 2024.

Dated: August 26, 2024　　　　　　　　**FAEGRE DRINKER BIDDLE & REATH LLP**

　　　　　　　　　　　　　　　　　　　By:　*/s/ Whitney A. Thompson*
　　　　　　　　　　　　　　　　　　　　　WHITNEY A. THOMPSON
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　EMERGY INC. d/b/a MEATI FOODS

Dated: August 26, 2024　　　　　　　　**FRANK SIMS & STOLPER LLP**

　　　　　　　　　　　　　　　　　　　By:　*/s/ Jason M. Frank*
　　　　　　　　　　　　　　　　　　　　　JASON M. FRANK
　　　　　　　　　　　　　　　　　　　　　SCOTT H. SIMS
　　　　　　　　　　　　　　　　　　　　　ANDREW D. STOLPER

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　SERENA CALDEIRA

# **ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 27, 2024                             */s/ Whitney A. Thompson*
                                                                           Whitney A. Thompson

**~~PROPOSED~~ ORDER**

**IT IS HEREBY ORDERED THAT:**

Pursuant to the Parties' Second Joint Stipulation, Defendant's deadline to respond to Plaintiff's Complaint is extended to September 26, 2024.

IT IS SO ORDERED.

Dated:   August 27, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28