1 **FAEGRE DRINKER BIDDLE & REATH LLP**
WHITNEY A. THOMPSON (SBN 336655)
2  *whitney.thompson@faegredrinker.com*
1800 Century Park East, Suite 1500
3  Los Angeles, California  90067
Telephone:    +1 310 203 4000
4  Facsimile:    +1 310 229 1285

5  Attorneys for Defendant
EMERGY INC. d/b/a MEATI FOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SERENA CALDEIRA, an individual, | Case No. 2:24-cv-01775-JDP |
| Plaintiff, | Hon. Jeremy D. Peterson<br>Courtroom 9 |
| v. | |
| EMERGY INC. doing business as MEATI FOODS, and DOES 1 through 100, inclusive, | **THIRD JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| Defendant. | Complaint Filed:         June 24, 2024<br>Current Response Date:   Sep. 26, 2024<br>New Response Date:       Oct. 24, 2024 |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

THIRD STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

CASE NO. 2:24-CV-01775-JDP

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Local Rules 143-144, by and between Plaintiff Serena Caldeira ("Plaintiff") and Defendant Emergy Inc. d/b/a Meati Foods ("Defendant") (collectively the "Parties"), to extend Defendant's deadline to respond to Plaintiff's Complaint, as follows:

WHEREAS, Plaintiff filed the instant Complaint on June 24, 2024;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on July 9, 2024 and Defendant's deadline to respond was July 30, 2024;

WHEREAS, on July 29, 2024, the Parties stipulated to extend the time for Defendant to respond to the Complaint by 28 days to August 27, 2024 (Dkt. No. 7);

WHEREAS, on August 26, 2024, the Parties stipulated to extend the time for Defendant to respond to the Complaint by 30 days to September 26, 2024 (Dkt. No. 8);

WHEREAS, on August 27, 2024, the Court ordered that Defendant's deadline to respond to the Complaint is extended to September 26, 2024 (Dkt. No. 9);

WHEREAS, to allow Defendant to further investigate Plaintiff's claims and for the Parties to explore early resolution, Defendant requests additional time to respond to Plaintiff's Complaint;

WHEREAS, counsel for the Parties have met and conferred and agreed to extend Defendant's deadline to respond to Plaintiff's Complaint by 28 days from September 26, 2024 to October 24, 2024;

WHEREAS, this request is made in good faith and not for the purposes of delay, but for judicial and party efficiency;

WHEREAS, the requested extension will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, this is the third request for extension.

///
///
///
///
///

**THEREFORE, IT IS HEREBY STIPULATED**, pending the approval of this Court, that Defendant has an extension of time to respond to the Complaint to and including October 24, 2024.

Dated: September 24, 2024            **FAEGRE DRINKER BIDDLE & REATH LLP**

                                     By:   */s/ Whitney A. Thompson*
                                           WHITNEY A. THOMPSON
                                           Attorneys for Defendant

                                           EMERGY INC. d/b/a MEATI FOODS

Dated: September 24, 2024            **FRANK SIMS & STOLPER LLP**

                                     By:   */s/ Jason M. Frank*
                                           JASON M. FRANK
                                           SCOTT H. SIMS
                                           ANDREW D. STOLPER

                                           Attorneys for Plaintiff
                                           SERENA CALDEIRA

## **ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 27, 2024                                          */s/ Whitney Thompson*
                                                                                           Whitney Thompson

**ORDER**

**IT IS HEREBY ORDERED THAT:**

Pursuant to the Parties' Third Joint Stipulation, Defendant's deadline to respond to Plaintiff's Complaint is extended to October 24, 2024.

**IT IS SO ORDERED.**

Dated:  September 27, 2024          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE