**FAEGRE DRINKER BIDDLE & REATH LLP**
WHITNEY A. THOMPSON (SBN 336655)
*whitney.thompson@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:   +1 310 203 4000
Facsimile:   +1 310 229 1285

Attorneys for Defendant
EMERGY INC. d/b/a MEATI FOODS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SERENA CALDEIRA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EMERGY INC. doing business as MEATI FOODS, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:24-cv-01775-DJC-JDP<br><br>Hon. Daniel J. Calabretta<br>Courtroom 10<br><br>**FOURTH JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:            June 24, 2024<br>Current Response Date:  Oct. 24, 2024<br>New Response Date:      Nov. 25, 2024 |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

FOURTH STIPULATION TO EXTEND
TIME TO RESPOND TO COMPLAINT

CASE NO. 2:24-CV-01775-DJC-JDP

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Local Rules 143-144, by and between Plaintiff Serena Caldeira ("Plaintiff") and Defendant Emergy Inc. d/b/a Meati Foods ("Defendant") (collectively the "Parties"), to extend Defendant's deadline to respond to Plaintiff's Complaint, as follows:

WHEREAS, Plaintiff filed the instant Complaint on June 24, 2024;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on July 9, 2024 and Defendant's deadline to respond was July 30, 2024;

WHEREAS, on July 29, 2024, the Parties stipulated to extend the time for Defendant to respond to the Complaint by 28 days to August 27, 2024 (Dkt. No. 7);

WHEREAS, on August 26, 2024, the Parties stipulated to extend the time for Defendant to respond to the Complaint by 30 days to September 26, 2024 (Dkt. No. 8);

WHEREAS, on September 24, 2024, the Parties stipulated to extend the time for Defendant to respond to the Complaint by 28 days to October 24, 2024 (Dkt. No. 12);

WHEREAS, on September 27, 2024, the Court ordered that Defendant's deadline to respond to the Complaint is extended to October 24, 2024 (Dkt. No. 15);

WHEREAS, to allow Defendant to further investigate Plaintiff's claims and for the Parties to explore early resolution, Defendant requests additional time to respond to Plaintiff's Complaint;

WHEREAS, counsel for the Parties have met and conferred and agreed to extend Defendant's deadline to respond to Plaintiff's Complaint by 32 days from October 24, 2024 to November 25, 2024;

WHEREAS, this request is made in good faith and not for the purposes of delay, but for judicial and party efficiency;

WHEREAS, the requested extension will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, this is the fourth request for extension.

//

///

//

**THEREFORE, IT IS HEREBY STIPULATED**, pending the approval of this Court, that Defendant has an extension of time to respond to the Complaint to and including November 25, 2024.

Dated:  October 23, 2024        **FAEGRE DRINKER BIDDLE & REATH LLP**

By:   */s/ Whitney A. Thompson*
      WHITNEY A. THOMPSON
      Attorneys for Defendant

      EMERGY INC. d/b/a MEATI FOODS

Dated:  October 23, 2024        **FRANK SIMS & STOLPER LLP**

By:   */s/ Jason M. Frank*
      JASON M. FRANK
      SCOTT H. SIMS
      ANDREW D. STOLPER

      Attorneys for Plaintiff
      SERENA CALDEIRA

## **ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 23, 2024                                             */s/ Whitney Thompson*
                                                                                         Whitney Thompson

## **ORDER**

**IT IS HEREBY ORDERED THAT:**

Pursuant to the Parties' Fourth Joint Stipulation, Defendant's deadline to respond to Plaintiff's Complaint is extended to November 25, 2024. The Court will not consider any further requests for extension of time absent good cause.

**IT IS SO ORDERED.**

Dated:  October 23, 2024    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE