1  **FRANK SIMS & STOLPER LLP**
2  Jason M. Frank (SBN 190957)
   jfrank@lawfss.com
3  Scott H. Sims (SBN 234148)
4  ssims@lawfss.com
   Andrew D. Stolper (SBN 205462)
5  astolper@lawfss.com
6  19800 MacArthur Blvd., Suite 855
   Irvine, California 92612
7  Telephone: (949) 201-2400
8  Facsimile: (949) 201-2405

9  Attorneys for Plaintiff
10   SERENA CALDEIRA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA CALDEIRA, an individual, | Case No. 2:24-CV-1775-DJC-JDP |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| vs. | |
| EMERGY INC. doing business as MEATI FOODS, and DOES 1 through 100, inclusive, | |
| Defendant. | |

# STIPULATION OF VOLUNTARY DISMISSAL
# PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Emergy, Inc. d/b/a Meati Foods pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 25, 2024        FRANK SIMS STOLPER, LLP

                                By:  /s/ Jason M. Frank
                                     JASON M. FRANK
                                     SCOTT H. SIMS
                                     ANDREW D. STOLPER
                                     Attorneys for Plaintiff
                                     SERENA CALDEIRA


Dated: November 25, 2024        FAEGRE DRINKER BIDDLE & REATH LLP

                                By:  /s/ Whitney Thompson
                                     WHITNEY THOMPSON
                                     Attorneys for Defendant
                                     EMERGY INC. d/b/a MEATI FOODS